[No. 4957–4–III.   Division Three.   February 22, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL
D. MORRISON, *Appellant*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 3937, Robert S. Day, J., entered January 5, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green, J.

[No. 4922–1–III.   Division Three.   February 22, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DELMAR
JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 4654, Clinton J. Merritt, J., entered October
31, 1980. *Affirmed* by unpublished opinion per Munson,
A.C.J., concurred in by Green and McInturff, JJ.

[Nos.  4875–6–III; 4876–4–III;   Division Three.     February 24, 1983.]
4785–7–III.

THE STATE OF WASHINGTON, *Respondent*, v. DINA
MARIE SANCHEZ, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH
MARIE POWELL, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS
CHARLES WATTLETON, JR., *Appellant*.

Appeals from judgments of the Superior Court for Grant
County, No. 4867, James D. Kendall, J., entered November
20 and September 28, 1981. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green,
J.